## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO. 2:15-cr-195-MHH-2** |
| ) | |
| **TAURUS RASHONE LASETER** ) | |

### NOTICE OF INFORMATION TO ESTABLISH
### PRIOR CONVICTION PURSUANT TO 21 U.S.C. § 851

**COMES NOW** the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and provides this Honorable Court and defendant with notice of information of prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Sections 841(b)(1)(A) and 851(a)(1).

A copy of the sentencing orders for the defendant's prior convictions, possession of marijuana with intent to distribute, Superior Court of Quitman County, Georgia, Case No. 2010CR58 (**Exhibit A**); unlawful possession of controlled substance, Circuit Court of Barbour County, Alabama, Case No. CC-2006-168 (**Exhibit B**); unlawful possession of marijuana, first degree, Circuit Court of Barbour County, Alabama, Case No. CC-2006-167 (**Exhibit C**); and unlawful possession of marijuana, first degree, Circuit Court of Barbour County, Alabama, Case No. CC-2005-238 (**Exhibit D**) are attached. In addition, the United States intends to introduce these convictions during the trial of the instant case, where admissible pursuant to applicable federal law.

It should further be noted that upon conviction of Count 1 of the Indictment the statutory range of imprisonment shall be a term of imprisonment of not less than twenty (20) years and not more than life imprisonment; a fine not to exceed $20,000,000, or both the fine and the

imprisonment; a term of supervised release of at least ten (10) years; and, an assessment fee of $100.

    Respectfully submitted this 23rd day of September, 2015.

                                        GEORGE L. BECK, JR.
                                      UNITED STATES ATTORNEY

                                      /s/Curtis Ivy, Jr.
                                      CURTIS IVY, JR.
                                      Assistant United States Attorney
                                      131 Clayton Street
                                      Montgomery, Alabama 36104
                                      Phone:   (334) 223-7280
                                      FAX:   (334) 223-7135
                                      E-mail: Curtis.Ivy@usdoj.gov

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO. 2:15-cr-195-MHH-2** |
| ) | |
| **TAURUS RASHONE LASETER** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to J. Mark Shelnutt, defendant's counsel.

    Respectfully submitted,

    GEORGE L. BECK, JR.
    UNITED STATES ATTORNEY


    /s/Curtis Ivy, Jr.
    CURTIS IVY, JR.
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    FAX: (334) 223-7135
    E-mail: Curtis.Ivy@usdoj.gov