# EXHIBIT A

Ct. #1

## IN THE SUPERIOR COURT OF QUITMAN COUNTY

### STATE OF GEORGIA

THE STATE OF GEORGIA      *    Case No: 2010 CR 58

         V              *    Offense: Possession of Marijuana With Intent to Distribute

Taurus Rashone Lassiter    *    May _____ Term, 20 11
**Defendant**

### SENTENCE

(X) Plea of Guilty – Nolo Contendere    ( ) Jury Verdict of Guilty

Defense Attorney's name: Mike Thomas _____ ( ) Employed (X) Public Defender

Court Reporter's name: Rene Thomlinson _____

Defendant was advised of the right to appeal and right to file a petition for Habeas Corpus.

( ) Defendant is hereby sentenced to confinement for a period of _____ years in the State Penal System, to be computed as provided by law. However, the above sentence may be served on probation, if defendant complies with the ~~general and special conditions of probation set out below in this sentence.~~

(X) Defendant is hereby sentenced to serve __10__ years in the State Penal System which may be served on probation, after Defendant serves _3 (three) years_ in __prison__ and if defendant complies with the general and special conditions of probation set out below in this sentence. Concurrent with any sentence now serving

( ) Defendant is hereby sentenced to serve _____ years on probation. This sentence is imposed with defendant's consent under the provisions of the act for probation of First Offenders and further proceedings are deferred in accordance with said act, if defendant complies with the following general and special conditions of probation set out below in this sentence.

### General Conditions of Probation

1. Avoid injurious and vicious habits, especially alcoholic drinks, narcotics and malt beverages and do not use either to any extent whatsoever.
2. Do not use or possess cocaine, marijuana and any other dangerous drug unless prescribed lawfully by a doctor.
3. Avoid persons and places of disreputable or harmful character and do not keep company with persons of bad reputation or visit places where alcoholic drinks or malt beverages are sold.
4. Report to the probation supervisor as directed and permit such supervisor to visit him/her at home or elsewhere, and pay a probation fee to the probation office.
5. Work faithfully at suitable employment, insofar as may be possible.
6. Support his/her legal dependents to the best of his/her ability.
7. Violate no local, state or federal laws and be of general good behavior.
8. Do not change his/her present place of abode, move outside the jurisdiction of the court or leave the state for any period of time without prior permission of the probation supervisor.
9. If permitted to move or travel to any other state, agree to waive extradition from any jurisdiction where he/she may be found and not contest any effort to return him/her to the State of Georgia.

10. Do not possess, control or own any firearm or weapon.
11. Submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming as directed by the department of corrections.
12. Pay a fine of $_____−0−_____ plus the court costs and all surcharges and additions required by Georgia law and restitution of $_____−0−_____. These funds are to be paid at the rate of not less than $_____ per month beginning _____ days from today or the day defendant is released from confinement.

## Special Conditions of Probation

The following special conditions of probation are expressly imposed in this sentence in addition to the general conditions of probation. The violation of any special condition of probation will authorize the court to revoke the probation or suspension and to require the defendant to serve up to the balance of the sentence in confinement.

A. Probationer shall submit to a search of his/her property, both real and personal, that he/she owns, controls or possesses without a search warrant during the tenure of this sentence by any law enforcement officer or probation supervisor.

B. Probationer shall, from time to time, upon oral or written request by any probation supervisor, or by any city, county or state law enforcement officer, produce a breath, spittle, urine and/or blood specimen for analysis for the possible presence of alcohol or a substance prohibited or controlled by any law of the State of Georgia or of the United States.

Defendant will be given credit for time served since January 11, 2011.

It is the further order of the court, and the defendant is hereby advised, that the court may at any time revoke or modify any conditions of probation or change the period of probation and may discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition of probation herein granted. If such probation is revoked, the court may order the execution of the sentence, which was originally imposed, or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation. In first offender sentence if probation is revoked or canceled, the court may adjudge the defendant guilty of the above offense and impose any sentence permitted by law for the above offense.

(X) Probation fee is found to be a hardship in this case and is waived by the court.

This ___19th___ day of ___July___, 20_11_.        Joe C. Bishop        ~~Ronnie Joe Lane~~
                                                                         Judge of Superior Court

### Certificate of Service

This is to certify that I have served a copy of this order on the defendant personally and I have du instructed defendant regarding all of the provisions set forth above.

___2011718___                    _____        _____
     Date                             Probation Officer                    Defendant