# EXHIBIT B

## IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
### EUFAULA DIVISION

| | |
|---|---|
| STATE OF ALABAMA, )<br><br>Plaintiff, )<br>vs. )   CASE NO. CC-2006-168<br>)<br>TAURUS R. LASETER, )<br>)<br>Defendant. ) | **FILED**<br>MAR 28 2006<br>DAVID S. NIX, CLERK<br>BARBOUR COUNTY, ALABAMA |

### SENTENCING ORDER

On this day appeared the Defendant with his attorney and, with the consent and agreement of his attorney, withdrew his plea of not guilty and entered a plea of guilty to the charge of Unlawful Possession of Controlled Substance, as charged in the Indictment. Before accepting Defendant's plea of guilty, the Court advised the Defendant of all of his constitutional rights with the colloquy being taken down by the court reporter. The Court accepted Defendant's plea of guilty and adjudged the Defendant to be guilty of the crime of Unlawful Possession Controlled Substance. The Court inquired of the Defendant if he had anything to say why judgment and sentence should not now be pronounced upon him and Defendant said nothing.

**IT IS, THEREFORE,** the sentence of the law and the judgment of this Court that the Defendant be, and hereby is, sentenced to the penitentiary of the State of Alabama for a period of five (5) years. Defendant's sentence in this case shall run **concurrent** with his sentence in CC-2006-167 and **concurrent** with his sentence in CC-2005-238.

The Defendant is **FURTHER ORDERED** to pay a fine in the amount of $500.00, attorney fees, $50.00 for the Crime Victim's Compensation Fund and court costs; said court costs to include an additional fee in the amount of $100.00 for the

I certify this to be a true and correct copy of the original which is on file and entrolled in my office in Clayton or Eufaula, Barbour County, Alabama

Witness my hand and seal this
_23_ day of _June_ 2015

_[signature]_
David S. Nix, Clerk

Alabama Forensic Sciences Trust Fund in accordance with Section 36-18-7 of the *Code of* Alabama.

**DONE AND ORDERED** this 28th day of March, 2006.

_____
Burt Smithart, Presiding Circuit Judge
Third Judicial Circuit of Alabama