# EXHIBIT D

## IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
### EUFAULA DIVISION

| | |
|---|---|
| STATE OF ALABAMA, Plaintiff, | ) ) |
| vs. | ) CASE NO. CC-2005-238 |
| TAURUS LASETER, Defendant. | ) ) ) |

### SENTENCING ORDER

On this day appeared the Defendant with his attorney and, with the consent and agreement of his attorney, withdrew his plea of not guilty and entered a plea of guilty to the charge of Unlawful Possession of Marijuana, First Degree, as charged in the Indictment. Before accepting Defendant's plea of guilty, the Court advised the Defendant of all of his constitutional rights with the colloquy being taken down by the court reporter. The Court accepted Defendant's plea of guilty and adjudged the Defendant to be guilty of the crime of Unlawful Possession of Marijuana, First Degree. The Court inquired of the Defendant if he had anything to say why judgment and sentence should not now be pronounced upon him and Defendant said nothing.

**IT IS, THEREFORE,** the sentence of the law and the judgment of this Court that the Defendant be, and hereby is, sentenced to the penitentiary of the State of Alabama for a period of five (5) years.

**IT IS FURTHER ORDERED** that the Defendant shall pay a fine in the amount of $1,000.00, $50.00 for the Crime Victim's Compensation Fund, attorney's fees, and court costs, said court costs to include an additional fee in the amount of $100.00 for the Alabama Forensic Sciences Trust Fund in accordance with Section 36-18-7 of the Code of Alabama...

*[Clerk's certification stamp:]* I certify this to be a true and correct copy of the original which is on file and enrolled in my office in Clayton or Eufaula, Barbour County, Alabama. Witness my hand and seal this 23rd day of June 2015.

David S. Nix, Clerk

The Defendant has applied for probation and a probation hearing shall be held before the Court on **October 13, 2005 at 8:30 am**. The Probation and Parole Office shall prepare and submit to the Courts a pre-probation investigation report and shall provide copies of said report to the District Attorney and the Defendant's attorney.

**DONE AND ORDERED** this 22nd day of September, 2005.

_____
Burt Smithart, Presiding Circuit Judge
Third Judicial Circuit of Alabama

2